# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vollie Andre Brown, Jr., | Civil No. 20-1299 (PJS/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Vicki Janssen, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED THAT:

1. Respondent is directed to file an answer to the petition for a writ of habeas corpus of petitioner Vollie Andre Brown, Jr., showing cause why the writ should not be granted.

2. Respondent's answer must fully comply with the requirements of Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases in the United States District Courts and must include a reasoned memorandum of law and fact fully stating respondent's legal position on Brown's claims. The answer must be filed with the Court within thirty days of the date of this order, and a copy of the answer must be served upon Brown simultaneously with such filing.

3. If Brown intends to file a reply to the answer, he must do so within thirty days of the date when respondent's answer is filed. Thereafter, no further

submissions from either party will be permitted, except as expressly authorized by Court order.

4. Brown's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

Dated: June 9, 2020              *s/ Becky R. Thorson*
                                 BECKY R. THORSON
                                 United States Magistrate Judge