# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vollie Andre Brown, Jr., | Civ. No. 20-1299 (PJS/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Vicki Janssen, | |
| Respondent. | |

This matter comes before the Court on Petitioner Vollie Andre Brown, Jr.'s request to re-submit his reply brief. (Doc. No. 22.) Petitioner requested an extension to file his reply brief on August 21, 2020, which the Court granted on August 26, 2020. (Doc. Nos. 19, 20.) Because he was uncertain whether that request would be granted, Petitioner mailed in an unfinished draft of his brief, which was filed on September 3, 2020. (Doc. No. 21.) Petitioner now requests leave to file an updated copy of his brief.

Petitioner's request (Doc. No. 22) is **GRANTED**. Petitioner may file an updated reply brief no later than **October 5, 2020**. Petitioner must clearly indicate that his new brief is to replace the existing filing at Doc. No. 21. Petitioner should also ensure that his new brief is complete, as his old brief will not be considered after an updated brief is filed. **SO ORDERED.**

Dated: September 15, 2020            *s/ Becky R. Thorson*
                                                                       BECKY R. THORSON
                                                                       United States Magistrate Judge