# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Vollie Andre Brown, Jr., | Civ. No. 20–1299 (PJS/BRT) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| Vicki Janssen, Warden, Minnesota Correctional Facility – Rush City, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson (**Doc. No. 30**). No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Petitioner Vollie Andre Brown, Jr.'s Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody. (**Doc. No. 1**) is **DISMISSED WITH PREUJUDICE**; and

2. No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 24, 2021

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge